IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MARILYN HALE,  )
 )
    Plaintiff,  )
 )
v.  )  CIVIL ACTION NO.: CV509-034
 )
MICHAEL J. ASTRUE,  )
Commissioner of Social Security,  )
 )
    Defendant.  )

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In her Objections, Plaintiff asserts that the ALJ improperly discounted the opinion of Dr. Morton, her treating physician. As stated in the Magistrate Judge's Report, Dr. Morton's own treatment records contradicted his conclusion that Plaintiff is disabled. Plaintiff asserts that the denial of disability benefits to her is based "solely on Dr. Tashjian's opinion." (Doc. No. 22, p. 2). In fact, the denial was based on the record as a whole, including evidence that was not available to the ALJ. ( See Doc. No. 20, pp. 10-12).

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. The Clerk is directed to enter the appropriate Judgment.

**SO ORDERED**, this 3rd day of August, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)